IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VIRGINIA CRAWFORD,

                                   Plaintiff.

                   v.                                    Civil Action Number 3:04CV580-JRS

UNITED SEATING & MOBILITY, INC.,

                                   Defendant.

## ORDER

THIS MATTER is before the Court on Defendant United Seating & Mobility's Motion to

Exclude the Testimony of Dr. Gregory O'Shanick.  Upon due consideration, and for the reasons

stated in the accompanying Memorandum Opinion, United Seating's Motion is hereby GRANTED.

Dr. O'Shanick is a specially retained expert whose failure to comply with the requirements of Rule

26(a)(2)(B) of the Federal Rules of Civil Procedure warrants his exclusion pursuant to Rule 37(c).

See also Hall v. Sykes, 164 F.R.D. 46 (E.D. Va. 1995).

        Let the Clerk send a copy of this Order to all parties of record.

        It is SO ORDERED.


ENTERED this 7th  day of JUNE, 2005



                                        /s/ James R. Spencer
                                        UNITED STATES DISTRICT JUDGE